■ ISAAC MILLER, Appellant, v KEVIN KIMBER et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: Supreme Court did not err by giving a missing witness charge. A missing witness charge is appropriate when a party fails to call a witness who is within his control and who would be in a position to give substantial, noncumulative testimony *(Mashley v Kerr,* 47 NY2d 892; *Getlin v St. Vincent's Hosp. & Med. Center,* 117 AD2d 707, 709; *Chandler v Flynn,* 111 AD2d 300, *appeal dismissed* 67 NY2d 647). The fact that portions of the missing witness's records were received into evidence did not render his testimony cumulative *(see, Safdie v City of New York,* 138 AD2d 361, 362). Additionally, the record indicates that the witness's medical opinion differed from the other medical testimony offered at trial.

The x-rays should have been admitted into evidence *(see, Stein v Lebowitz-Pine View Hotel,* 111 AD2d 572, 574, *lv denied* 65 NY2d 611; CPLR 2306, 4518 [a]). However, the exclusion of the x-rays was harmless error because the x-ray reports, which explained the x-rays, were admitted.

The court's charge on "serious injury" (Insurance Law § 5102 [d]) was proper in all respects. Finally, plaintiff failed to preserve for review his contention that a DOT document was improperly excluded from evidence. (Appeal from Judgment of Supreme Court, Monroe County, Provenzano, J.—Negligence.) Present—Boomer, J. P., Pine, Lawton, Davis and Doerr, JJ.